**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE POINDEXTER, | No. 2:21-CV-0887-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| J. LYNCH, et al., | |
| Respondents. | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

   On August 9, 2021, the Court issued findings and recommendations that this action be summarily dismissed unless, within 14 days, Petitioner expressed his consent to recharacterization of this case as a civil rights action. See ECF No. 6. On August 11, 2021 – likely before Petitioner received the August 9, 2021, findings and recommendations, which were served by mail – Petitioner filed a motion to consolidate. See ECF No. 7. On August 23, 2021, Petitioner filed a document seeking "additional relief under 42 USC 1983." ECF No. 8.

   In his motion to consolidate, Petitioner asks that this action be combined with a separate pending civil rights action. Petitioner thus appears to acknowledge that the current action presents civil rights claims and not habeas corpus claims. In his August 23, 2021, filing, Petitioner seeks relief in this matter under "42 USC 1983." This filing further confirms

1

Petitioner's understanding that the current action presents civil rights claims which are not cognizable in the habeas corpus context. The Court construes Petitioner's filings subsequent to issuance of the August 9, 2021, findings and recommendations as consent to recharacterization of this action as a civil rights action.

This action shall, therefore, proceed on the claims as set forth in ECF No. 1. Petitioner (who will be referred to as Plaintiff) alleges excessive force by correctional officers in September 2020. See ECF No. 1, pgs. 10-12. In his motion to consolidate, Plaintiff seeks to consolidate the instant action with Poindexter v. Lynch, et al., E. Dist. Cal. case no. 2:21-CV-0760-AC-P, which is proceeding as a civil rights action. See ECF No. 7. In Poindexter v. Lynch, et al., Plaintiff raises the same claims against the same defendants. In fact, Plaintiff's complaint in Poindexter v. Lynch, et al. is a copy of the attachment to the operative pleading in this case setting forth Plaintiff's civil rights allegations. The instant action is duplicative of the earlier-filed Poindexter v. Lynch, et al. case and will be dismissed as such. Plaintiff may litigate his claims in the context of the earlier-filed action. Given this determination, Plaintiff's motion to consolidate actions will be denied as moot. The undersigned also expresses no opinion on the sufficiency of Plaintiff's allegations in Poindexter v. Lynch, et al. currently pending before Judge Claire.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 9, 2021, ECF No. 6, for summary dismissal of this habeas corpus action are vacated;

2. The Clerk of the Court is directed to update the docket to reflect redesignation of this action as a prisoner civil rights action proceeding under 42 U.S.C. § 1983 against J. Lynch, D. Moreno, F. Navarro, S. Elizarraras, Assad, and T. Nguyen as defendants; and

3. This action is dismissed as duplicative of Poindexter v. Lynch, et al., no. 2:21-CV-0760-AC-P;

///
///
///
///

      4.      All pending motions/requests in the current action, ECF Nos. 7 and 8, are denied as moot; and

      5.      The Clerk of the Court is directed to close this file.

Dated: February 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE